| Date | Pleading Number | |
|---|---|---|
| 8/4/72 | 1. | DEF/3d-PTY PLTF. TRANS WORLD AIRLINES motion to consolidate A-1 thru A-6; supporting brief; affidavid of service; Schedule A. |
| 8/7/72 | | DEF/3D-PTY PLTF. TWA-ltr suppl service affi. - Ser. made to Clerks. |
| 8/8/72 | | BOEING CO. request for extension of time. |
| | | ORDER - extending time to all parties to file responses to motion to and including Sep. 11, 1972. Notified counsel. Order extending time to Boeing to enter appearance to and including Aug. 28, 1972. |
| 9/5/72 | | HEARING ORDER - setting A-1 through A-6, Oct. 4, 1972, New Orleans Louisiana |
| 9/11/72 | 2 | BOEING CO. Memo in opposition to motion to transfer w/cert. of service |
| 9/12/72 | 3 | GUSTAVSON, et.al. plaintiffs response to motion w/cert. of service. and Brief |
| 9/18/72 | 4 | TWA Reply Brief in Support of Motion |
| 1/8/73 | | CONSENT OF CHIEF JUDGE BEEKS FOR JUDGE GOODWIN to handle consolidated proceedings in the W.D. Washington pursuant to 28 U.S.C. §1407 |
| 1/8/73 | | OPINION AND ORDER consolidating litigation in the W.D. Washington and assigning to Judge Goodwin for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. (A-1 through A-6) Distribution made. |
| 1-22-73 | | DAVID SKLARIN, ETC. V. THE BOEING CO., ET AL., N.D.Cal., C-71-1342-ACW  CTO entered today. Notified counsel and involved judges. |
| 2/7/73 | | DAVID SKLARIN, ETC. V. THE BOEING CO., ET AL., N.D.CAL., C-71-1342-ACW  CTO final today. Notified transferee judge, Clerk, transferor judge and clerk |
| 1/30/76 | | ORDER -- Assigning litigation to JUDGE MORRELL E. SHARP. for 1407 treatment because of the DEATH of JUDGE GOODWIN |

DOCKET NO. 114   --   JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

DOCKET NO. 114 -- IN RE TRANS WORLD AIRLINES 707 AIR DISASTER, ATLANTIC CITY, NEW JERSEY, Jul. 26, 1969

### Summary of Panel Action

Date(s) of Hearing(s) 10/4/72

Date(s) of Opinion(s) or Order(s) 1/8/73  352 F. Supp. 969

Consolidation Ordered  x      Name of Transferee Judge  William N. Goodwin

Consolidation Denied ____     Transferee District  Western District of Washington   (981)-Div.3

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | William S. Lemons, Jr., et ux. v. Trans World Airlines, Inc. | D.N.J. Kitchen | 996-71 | 1-8-73 | 9-73-C-3 | 7/15/74 | Motion 8/4 TWA |
| A-2 | Nancy Gustavson v. The Boeing Co., et al | N.D.Cal Zirpoli | C-70-97-AJZ | 1-8-73 | 29-73C-5 | 5/16/75 | Motion 8/4 |
| A-3 | Maureen Curtin, etc. v. The Boeing Co., et al. | N.D.Cal Zirpoli | C-70-250-AJZ | 1-8-73 |  | 5/16/75 | Motion 8/4 |
| A-4 | Barbara Manbeck, etc. v. The Boeing Co., et al | N.D.Cal Zirpoli | C-70-204-AJZ | 1-8-73 |  | 5/16/75 | Motion 8/4 |
| A-5 | Roma Curran, etc. v. The Boeing Co., et al. | N.D.Cal Zirpoli | C-70-616-AJZ | 1-8-73 |  | 5/16/75 | Motion 8/4 |
| A-6 | Nancy J. Sklarin, etc. v. The Boeing Co., et al. | W.D.Wash Goodwin | 30 70-71-C2 | NTN |  | 5/16/75 | Motion 8/4 |
| B-1 | David Sklarin, etc. v. The Boeing Co., et al. 1-22-73 | N.D.CAlif | C-71-1342-ACW | 2/7/73 |  | 4/6/76 |  |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 114 -- IN RE TRANS WORLD AIRLINES 707 AIR DISASTER, ATLANTIC CITY, NEW JERSEY, JULY 26, 1969

| No. | Plaintiff | Defendant |
|---|---|---|
|  |  | DEFENDANT/THIRD-PARTY PLAINTIFF MOVANT -- TRANS WORLD AIRLINES INC. <br><br> Raymond M. Tierney, Jr., Esquire <br> Shanley & Fisher <br> 570 Broad Street <br> Newark, New Jersey  07102 <br> (201-643-1220) |
| A-1 | Samuel A. Curcio, Esquire <br> Curcio, Donio & DeMarco <br> 241 Bellvue Avenue <br> Hammonton, New Jersey | THE BOEING CO. (New Jersey) <br><br> Thomas F. Daly, Esquire <br> McCarter & English <br> 550 Broad Street <br> Newark, New Jersey |
| A-2 <br> A-3 <br> A-4 <br> A-5 <br> A-6 | Albert R. Abramson, Esquire <br> Hoberg, Finger, Brown & Abramson <br> 703 Market Street <br> San Francisco, Calif.  94103 | THE BOEING CO. (California) <br><br> Neil E. Falconer, Esquire <br> Steinhart, Goldberg, Feigenbaum & Ladar <br> Montgomery at Post <br> San Francisco, Calif  94104 |
| B-1 | ~~Allen Abramson, Esq.~~ <br> ~~Hoberg, Finger, Brown & Abramson~~ <br> ~~703 Market Street~~ <br> ~~San Francisco  94103~~ | THE BOEING CO. (Seattle, Wash) <br><br> Keith Gerrard, Esquire <br> Perkins, Coie, Stone, Olson & Williams <br> 1900 Washington Building <br> ~~1325 Fourth Avenue~~ <br> Seattle, Washington  98101 |

p. 1

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 114 -- AIR CRASH DISASTER TRANSWORLD AIRLINES 707
JULY 26, 1969, ATLANTIC CITY, NEW JERSEY

COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| BOEING COMPANY | |
| TRANS WORLD AIRLINES, INC. | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |